130 A.3d 1245

ABIGAIL GINSBERG, AN INFANT, BY HER MOTHER TAMAR GINSBERG, AS GUARDIAN AD LITEM, ET AL., PLAINTIFFS–MOVANTS, v. QUEST DIAGNOSTICS, INC., DEFENDANT–RESPONDENT, AND ANDREW RUBENSTEIN, M.D., DEFENDANT–RESPONDENT, AND HACKENSACK UNIVERSITY MEDICAL CENTER, ET AL., DEFENDANTS, AND QUEST DIAGNOSTICS, INCORPORATED, THIRD–PARTY PLAINTIFF, v. THE MOUNT SINAI MEDICAL CENTER, INC., THIRD–PARTY DEFENDANT–RESPONDENT.

AND OTHER RELATED CASES

February 12, 2016.

It is ORDERED that the motion for leave to cross-appeal is granted limited to the issue of whether New York law applies to the tort-based claims against Quest Diagnostics, Inc. and Mt. Sinai Medical Center, Inc.